CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 14 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JODI LEE VENCILL, | ) FINAL ORDER |
| Petitioner, | ) |
| | ) CASE NO. 7:12-CV-00140 |
| v. | ) |
| PHYLLIS A. BASKERVILLE, WARDEN | ) By: James C. Turk |
| FLUVANNA CORRECTIONAL CENTER | ) Senior United States District Judge |
| FOR WOMEN | ) |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Dismiss (ECF No. 7) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and this action is stricken from the active docket of the court. Based upon the court's finding that Petitioner has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 14th day of November, 2012.

/s/ James C. Turk
Senior United States District Judge